| | |
|---|---|
| 1 | MATTHEW A. SIROKA CAL SBN 233050 |
| | LAW OFFICE OF MATTHEW A. SIROKA |
| 2 | 1000 Brannan Street Suite 400 |
| | San Francisco, CA 94103 |
| 3 | Telephone: (415) 522-1105 |
| | Fax: (415) 522-1506 |
| 4 | |
| | Attorney for Defendant |
| 5 | ROBERT OVETZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ROBERT OVETZ, | Case No.: 12-6108 LB |
| | AMENDED |
| Plaintiff, | STIPULATION AND [PROPOSED] |
| vs. | ORDER CONTINUING CASE |
| | MANAGEMENT CONFERENCE |
| CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT, a municipal corporation; HOWARD JORDAN in his capacity as CHIEF of POLICE for CITY OF OAKLAND POLICE DEPARTMENT; ERCIVAN MARTIN, OAKLAND POLICE SERGEANT BEAVER, OAKLAND POLICE OFFICER C. O'CONNOR and DOES 1-20, inclusive, individually and in their official capacities as POLICE OFFICERS for the CITY OF OAKLAND, | |
| Defendants. | |

Plaintiff, by and though counsel, and Defendants City of Oakland, Oakland Police Department, Oakland Police Chief Howard Jordan, Oakland Police Sergeant Beaver, and Oakland Police Officer C. O'Connor hereby agree and stipulate to continue the case management conference in this matter from June 27 at 10:30 a.m., to August 29, 2013 at 10:30 a.m. Good cause exists by virtue of the fact that the parties have not yet completed a settlement conference with Magistrate Judge Cousins. Due to Judge Cousins' calendar, that settlement conference has been re-scheduled for August 6. In

*Ovetz v. City of Oakland, et al.* C 12-6108 LB
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  addition, the parties are engaging in pre-settlement discovery in advance of the settlement conference
2  in the way of depositions, and various forms of written discovery.  The parties believe it will be a
3  better use of the Court and parties' time if the case management conference is held after the
4  settlement conference, and after some discovery has been completed.
5      The Court may enter an order based on this stipulation.
6  SO STIPULATED.

7
8  DATED: June 25, 2013                          LAW OFFICE OF MATTHEW A. SIROKA

9                                                By:_____/s/_____
                                                      Matthew A. Siroka
10                                                    Attorney for Plaintiff
                                                      ROBERT OVETZ
11
12 DATED: June 25, 2013                          OAKLAND CITY ATTORNEY

13                                                By:_____/s/_____
                                                      Arlene Rosen
14                                                    Attorneys for Defendants
                                                      CITY OF OAKLAND, OAKLAND POLICE
15                                                    CHIEF HOWARD JORDAN, OAKLAND
                                                      POLICE SERGEANT BEAVER, AND
16                                                    OAKLAND POLICE OFFICER C. O'CONNOR

17
                                    [PROPOSED] **ORDER**
18

19     Based on the stipulation of the parties, and good cause appearing, it is HEREBY ORDERED that
20  the case management conference in this matter be continued until August 29 at ~~10:30 a.m.~~  All filing
                                                                                11:00 a.m.
21  deadlines are continued accordingly.   A Joint Case Management Conference Statement due
                                           August 22, 2013.
22  IT IS SO ORDERED.
23  DATED: June 25, 2013

                                              _____
24                                             Honorable Laurel Beeler
                                               United States Magistrate Judge
25
26
27
28

*Ovetz v. City of Oakland, et al.* C 12-6108 LB
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2