```
 1  BARBARA J. PARKER, City Attorney, SBN 069722
    RANDOLPH W. HALL, Chief Assistant City Attorney., SBN 080142
 2  ARLENE M. ROSEN, Senior Deputy City Attorney., SBN 100160
    WENDY M. GARBERS, Deputy City Attorney., SBN 213208
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Phone: (510) 238-6524 Fax: (510) 238-6500
    29115/1232655
 5
    Attorneys for Defendants
 6  CITY OF OAKLAND, H. JORDAN,
    M. BEAVER and C. O'CONNOR
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT OVETZ,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT, a municipal corporation; HOWARD JORDAN in his capacity as CHIEF of POLICE for CITY OF OAKLAND POLICE DEPARTMENT; ERCIVAN MARTIN, OAKLAND POLICE SERGEANT BEAVER, OAKLAND POLICE OFFICER C. O'CONNOR and DOES 1-20, inclusive, individually and in their official capacities as POLICE OFFICERS for the CITY OF OAKLAND<br><br>            Defendants. | Case No. C 12-6180 LB<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER CONTINUING SETTLEMENT**<br>**CONFERENCE TO NOVEMBER 1, 2013** |

WHEREAS, a settlement conference is currently scheduled herein on October 3, 2013, at 9:30 a.m. in front of Magistrate Nathanael M. Judge Cousins;

WHEREAS, the deposition of plaintiff has recently been set for October 18, 2013; and

WHEREAS, Wendy M. Garbers just joined the Oakland City Attorney's Office on September 23, 2013, and will be assuming responsibility for this matter;

IT IS HEREBY STIPULATED by parties to the above-captioned action, by and through their respective counsel, that the settlement conference presently set for October 3, 2013, at 9:30 a.m., be continued to **November 1, 2013** at 9:30 a.m. in front of Magistrate Nathanael M. Judge Cousins. The parties will lodge settlement conference statements no later than October 25, 2013.

Dated: September __, 2013

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WENDY M. GARBERS, Deputy City Attorney

By: _____/s/_____
Attorneys for Defendants,
CITY OF OAKLAND, H. JORDAN,
C. O'CONNOR and M. BEAVER

Dated: September __, 2013      BURNHAM BROWN

By: _____/s/_____
Attorneys for Defendant
ERCIVAN MARTIN

Dated: September __, 2013
LAW OFFICES OF MATTHEW A. SIROKA

By: _____/s/_____
MATTHEW A. SIROKA
Attorney for Plaintiff ROBERT OVETZ

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the settlement conference presently set for October 3, 2013, be continued to November 1, 2013 at 9:30 a.m. The parties are to lodge settlement conference statements no later than October 25, 2013.

Dated: October 1, 2013

_____
UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins

STIPULATION AND [PROPOSED]
ORDER CONTINUING
SETTLEMENT CONFERENCE

-3-

C12-6180 LB